JEFFREY H. LOWENTHAL (State Bar No. 111763)
DANA M. ANDREOLI (State Bar No. 262068)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
E-mail: jlowenthal@steyerlaw.com
E-mail: dandreoli@steyerlaw.com

Attorneys for Plaintiff JPMorgan Chase Bank, National Association,
as successor in interest to Washington Mutual Bank, FA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JPMorgan Chase Bank,<br><br>    Plaintiff,<br><br>    v.<br><br>Satya N. Velu, et al.,<br><br>    Defendants. | Case No. 3:12-cv-03429-SBA<br><br>JUDGMENT IN FAVOR OF PLAINTIFF JPMORGAN CHASE BANK |

Based on the stipulation of Plaintiff JPMorgan Chase Bank, National Association, as successor in interest to Washington Mutual Bank, FA ("Plaintiff"), and Defendant United States of America ("United States"),[1] and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of Plaintiff and against the United States on Plaintiff's first cause of action for declaratory relief that the deed of trust in the original principal amount of $1,445,000 given by Satya N. Velu and Kamla K. Velu in favor of Plaintiff's predecessor in interest Washington

---

[1] Suits brought against the Internal Revenue Service and its employees in their official capacities are treated as suits against the United States. *See State of Hawaii v. Gordon*, 373 U.S. 57, 58 (1963); *Gilbert v. DaGrossa*, 756 F.2d 1455, 1458 (9th Cir. 1985).

Mutual Bank, FA recorded on November 1, 2007 in the Official Records of Alameda County as Document No. 2007381837 against that certain real property commonly known as 7190 Rosecliff Court, Pleasanton, California, and legally described as follows:

> All that certain real property in the City of Pleasanton, County of Alameda, State of California, described as follows:
>
> Being a portion of Lot 107 as said Lot 107 is shown on Tract 7255, filed August 10, 2001, in Book 259 of Maps at Page 64-90 inclusive, in series no. 2001-294955, Official Records of Alameda County, described as follows:
>
> Beginning at the most southerly corner of said Lot 107; thence along the general westerly line of said Lot 107, north 32º29'51" west, 108.80 feet to a non-tangent curve to the left, having a radial line which bears south 29º24'37" east, a radius of 50.00 feet, a delta of 63º50'31" thence northeasterly and northerly along said curve an arc length of 55.71 feet; thence along the northerly line of said Lot 107, north 89º21'12" east, 149.12 feet; thence leaving said northerly line south 37º45'46" east, 42.88 feet to the southeasterly line of said Lot 107; thence along said southeasterly line, south 47º43'34" west, 76.03 feet; thence continuing along said southeasterly line, south 57º30'09" west, 102.00 feet to the point of beginning

(the "Subject Property"), has priority over the Federal Tax Lien for tax year 2004, notice of which was recorded on December 23, 2009 in the Official Records of Alameda County as Document No. 2009393503; the Federal Tax Lien for tax year 2005, notice of which was recorded on September 25, 2007 in the Official Records of Alameda County as Document No. 2007341871; the Federal Tax Lien for tax year 2006, notice of which was recorded on February 25, 2008 in the Official Records of Alameda County as Document No. 2008065304; and the Federal Tax Lien for tax year 2007, notice of which was recorded on February 6, 2009 in the Official Records of Alameda County as Document No. 2009043115, which Federal Tax Liens are junior and subordinate to the WAMU Deed of Trust but nevertheless remain as liens against the Subject Property. Each party shall bear its own costs and attorney's fees through entry of judgment.

Dated: _____JUNE  24_____, 2013

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE